WALKER FERTILIZER COMPANY, a corporation, v. C. V. GRIFFIN, VAUGHN-GRIFFIN PACKING COMPANY, a Florida corporation, and HOWEY-IN-THE-HILLS SERVICE, INC., a corporation.

17 So .(2nd) 125                                   January Term, 1944
February 15, 1944                                         Division B

*P. C. Gorman* and *Claude L. Gray,* for appellant.

*Maguire, Voorhis & Wells, R. F. Maguire, W. H. Poe* and *C. E. Duncan,* for appellees.

PER CURIAM:

Judgment affirmed.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.